**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ENPAT, INC.,**

        **Plaintiff,**

-vs-                                             **Case No. 6:08-cv-1895-Orl-31KRS**

**GENERAL ELECTRIC COMPANY,**

        **Defendant.**

_____

## ORDER

Upon *sua sponte* reconsideration of General Electric Company's Motion to Stay (Doc. 21), and being advised that Enpat, Inc. now has no objection thereto, it is

**ORDERED** that the Order denying said motion is hereby VACATED, and the Motion to Stay is GRANTED. The Case Management and Scheduling Order (Doc. 27) is VACATED. This case is STAYED pending re-examination of the patent-in-suit by the U.S. Patent and Trademark Office. All deadlines are suspended pending further Order of the Court.

It is further **ORDERED** that the parties shall file a status report by December 31, 2009. In the meantime, the parties are encouraged to pursue mediation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 17, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE